UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SUNTRUST BANK,

          Plaintiff,

  -against-

2003 29-FOOT SALT SHAKER MOTOR
YACHT "MASABETH", Official Number
1139586, et al.,

          Defendants.

------------------------------------------------------------X

08 Civ. _____

**DISCLOSURE OF CORPORATION**
**INTERESTS CERTIFICATE**

*(Stamped: JUDGE BRIEANT; 08 CV 1042; FILED 2008 JAN 31 PM 4:29 U.S. DISTRICT COURT S.D. OF N.Y.)*

    Pursuant to the Rules of this Court, notice is hereby given by counsel of record for SunTrust Bank that the following interests are disclosed.

1. The parent companies of the corporation:

SunTrust Bank, Inc., a publicly held company listed on the New York Stock Exchange.

2. Subsidiaries not wholly owned by the corporation:

None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

See (1) above.

                         Respectfully submitted,

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiff
                         SUNTRUST BANK

                By: _____
                         Patrick J. Bonner (PB 3352)
                         80 Pine Street
                         New York, New York
                         (212) 425-1900