USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

SUNTRUST BANK,

        Plaintiff,

-against-

2003 29-FOOT SALT SHAKER MOTOR
YACHT "MASABETH", Official Number
1139586, et al.,

        Defendants.

------------------------------------------------X

08 Civ. _____ ( )

08 CV 1042

**ORDER DIRECTING THE
ISSUANCE OF THE WARRANT
OF ARREST *IN REM***

Pursuant to Supplemental Rule C(1), the Clerk is directed to issue a Warrant of Arrest for the Motor Vessel "**MASABETH**" and summons in the above-styled action.

Ordered this 3 day of January, 2008.

_____
U.S. District Judge

Copies furnished to:
Patrict J. Bonner, Esq.
United States Marshal