UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
SUNTRUST BANK,

                Plaintiff,

   -against-

2003 29-FOOT SALT SHAKER MOTOR
YACHT "MASABETH", Official Number
1139586, et al.,

                Defendants.
-------------------------------------------------------X

08 Civ. 1042 ( CLB )

**NOTICE OF ACTION *IN REM*
AND ARREST OF VESSEL**

      In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Actions, F.R.C.P. and Local Admiralty Rule (B)(2), notice is hereby given to defendants, Felix and Patricia Carcano, 18 Elizabeth Place, Armonk, New York 10504; to Kenneth E. Raske, owner of record, 1381 North Avenue, New Rochelle, New York 10804; and to the Bank of America, P.O. Box 2759, Jacksonville, Florida 32203-2759, holder of a preferred ship mortgage filed subsequently to that of plaintiff, of the arrest of the defendant vessel, 2003 29-FOOT SALT SHAKER MOTOR YACHT "MASABETH", Official Number 1139586, in accordance with a Warrant of Arrest issued on January 31, 2008.

      Pursuant to Supplemental Rule (C)(6) and Local Admiralty Rule (C)(2), any person having a claim against the vessel shall file a claim with the Court within ten (10) days after notice or first publication (whichever is earlier) or within such additional time as may be allowed by the court and must serve their answers within twenty (20) days

after the filing of their claims. All interested persons should file claims and answers within the times so fixed; otherwise, default will be noted and condemnation ordered.

DATED at New York, New York this 14th day of February, 2008;

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SUNTRUST BANK

By: *(signature)*
Patrick J. Bonner (PB 3352)
80 Pine Street
New York, New York 10005
(212) 425-1900

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice and a copy of the Verified Complaint were mailed via regular mail to each of the defendants, Felix and Patricia Carcano, 18 Elizabeth Place, Armonk, NY 10504, to Kenneth E. Raske, 1381 North Avenue, New Rochelle, NY 10804, and to the Bank of America, P.O Box 2759, Jacksonville, FL 32203-2759 on this 14th day of February, 2008.

*(signature)*
Patrick J. Bonner, Esquire