**DLS**
Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SUNTRUST BANK,

               Plaintiff(s),

    -against-

2003 29-FOOT SALT SHAKER MOTOR YACHT
"MASBETH" OFFICIAL NUMBER 113586, ETC., ET AL.,

         Defendant(s).
--------------------------------------------------------------------X

Index No. 08 CV 1042

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 14TH day of February, 2008, at approximately the time of 7:10 PM, deponent served a true copy of the SUMMONS AND VERIFIED COMPLAINT upon FELIX CARCANO at 18 Elizabeth Place, Armonk, New York 10504, by personally delivering and leaving the same with FELIX CARCANO at that address. At the time of service, deponent asked FELIX CARCANO if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        FELIX CARCANO is a white male, approximately 35 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 170 pounds with black hair and brown eyes.

DAVID KSIAZEK #0974523

Sworn to before me this
15th day of February, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com