**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUNTRUST BANK,

        Plaintiff(s),

    -against-

2003 29-FOOT SALT SHAKER MOTOR YACHT
"MASBETH" OFFICIAL NUMBER 113586, ETC., ET AL.,

        Defendant(s).
-----------------------------------------------------------------X

Index No. 08 CV 1042

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                         S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 14TH day of February, 2008, at approximately the time of 7:10 PM, deponent served a true copy of the SUMMONS AND VERIFIED COMPLAINT upon PATRICIA CARCANO at 18 Elizabeth Place, Armonk, New York 10504, by personally delivering and leaving the same with FELIX CARCANO, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if PATRICIA CARCANO is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        FELIX CARCANO is a white male, approximately 35 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 170 pounds with black hair and brown eyes.

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 15TH day of February, 2008, deponent served another copy of the foregoing upon PATRICIA CARCANO by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New City and State of New York, addressed as follows:

PATRICIA CARCANO
18 Elizabeth Place
Armonk, NY 10504

_____
DAVID KSIAZEK #0974523

Sworn to before me this
15th day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08__